PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Charles Myers                              Cr.:03-00120-002
                                                             PACTS #: 35265
Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 06/26/06

Original Offense :Conspiracy to Commit Mail Fraud; Fraud Swindles

Original Sentence: 60 months imprisonment. On November 18, 2011, Your Honor ordered the sentence be converted to time served as of that date. A one-year-term of supervised release was imposed.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 11/18/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Myers' supervised release term is scheduled to expire on November 17, 2012, and he has an outstanding restitution obligation of $ 2,574,730.41. The offender has satisfied his special assessment fee, and has been in compliance with the payment schedule. |

U.S. Probation Officer Action:



The probation office recommends that the offender's supervised release term be allowed to expire on November 17, 2012. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

Maureen Kelly

By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 07/16/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[X] Other ≠

_____
Signature of Judicial Officer

7/17/12
_____
Date